UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BORN TO ROCK DESIGN INCORPORATED<br><br>           Plaintiff,<br><br>  v.<br><br>CAFEPRESS.COM, INC.,<br><br>           Defendant. | Case No.  10-CV-8588 CM (JCF)<br><br>ECF CASE<br><br>**ORAL ARGUMENT REQUESTED** |

### NOTICE OF MOTION FOR SUMMARY JUDGMENT

    Jill M. Pietrini, Esq. (admitted *pro hac vice*)
    Anthony Staltari, Esq.
    Shannon S. King, Esq. (admitted *pro hac vice*)
    MANATT, PHELPS & PHILLIPS, LLP
    7 Times Square, 23rd Floor
    New York, NY 10036
    Telephone:  (212) 790-4500
    Facsimile:  (212) 790-4545

*Attorneys for Defendant*
CAFEPRESS INC.

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that upon the Declarations of Kirsten Mellor and Jill Pietrini and the exhibits thereto, Defendant CafePress Inc.'s Memorandum of Law in Support of Its Motion for Summary Judgment, Defendant's Local Rule 56.1 Statement in Support of its Motion for Summary Judgment and all prior proceedings and pleadings herein, Defendant CafePress Inc. formerly known as CafePress.com, Inc. ("CafePress") will by its undersigned attorneys, move at a date and time to be determined by the Court, for an order pursuant to Fed.R.Civ.P. 56, granting Summary Judgment or Summary Adjudication of the claims asserted in the Complaint filed by Plaintiff Born to Rock Design Incorporated and for any further such relief that the Court find just and proper.

Respectfully submitted,

MANATT, PHELPS & PHILLIPS, LLP

Dated:  November 30, 2011

By: /s Jill M. Pietrini

Jill M. Pietrini (admitted *pro hac vice*)
MANATT, PHELPS & PHILLIPS, LLP
7 Times Square, 23rd Floor
New York, NY 10036
Telephone:  (212) 790-4500
Facsimile:  (212) 790-4545

*Attorneys for Defendant*
CAFEPRESS INC.