## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BORN TO ROCK DESIGN INCORPORATED, <br><br> Plaintiff, <br><br> -against- <br><br> CAFEPRESS.COM, INC., <br><br> Defendant, | Case No.: 10 Civ. 8588 CM (JCF) <br><br> ECF Case <br><br> **STIPULATION [AND ~~PROPOSED~~ ORDER] FOR DISMISSAL WITH PREJUDICE** |

WHEREAS the parties have reached an agreement resolving all the claims at issue in this action;

NOW, THEREFORE, the parties stipulate pursuant to Rule 41(a)(2), F.R.Civ.P., subject to approval of the Court:

1.  That this action be, and it hereby is, dismissed with prejudice;

2.  Each party is to bear its own costs and attorneys' fees incurred against one another in connection with this action; and

3.  The Court retains jurisdiction to enforce the parties' settlement agreement.

Respectfully submitted,

SHEPPARD MULLIN RICHTER & HAMPTON, LLP

Dated: 12/12/12

Jill M. Pietrini (admitted *pro hac vice*)
jpietrini@sheppardmullin.com
Shannon S. King (admitted *pro hac vice*)
sking@sheppardmullin.com
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067-6055
Telephone: (310) 228-3700
Facsimile: (310) 228-3701

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/14/12

Theodore C. Max (NY Bar No. 1967678)
tmax@sheppardmullin.com
30 Rockefeller Plaza
New York, NY 10112-0015
Tel.: (212) 653-8700
Fax: (212) 653-8701

Attorneys for Defendant
CAFEPRESS INC.

Dated: December 10, 2012

R. Kunstadt. P.C.

Ilaria Maggioni, Esq. [IM-7220]
mail@RKunstadtPC.com
875 Sixth Avenue, Suite 1800
New York, New York 10001
Telephone: (212) 398-8881
Facsimile: (212) 398-2922

Attorneys for Plaintiff
BORN TO ROCK DESIGN INCORPORATED

SO ORDERED:

U.S. D. J.

New York, NY
December 13, 2012

-2-